Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
## Central District of California
21041 Burbank Blvd, Woodland Hills, CA 91367

# DISCHARGE OF DEBTOR
# IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
HUYNH, DUONG
**SSN:** 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
**EIN:** N/A
21915 WYANDOTTE ST #102
CANOGA PARK, CA 91303

**BANKRUPTCY NO.** SV 02-10269-AG

**CHAPTER** 7

It appearing that the debtor is entitled to a discharge, IT IS ORDERED:  The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

Date: April 17, 2002

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98) VAN-30

38 /AF

000101

**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 0973-1 | User: AF | Page 1 of 1 | Date Rcvd: Apr 18, 2002 |
| Case: 02-10269-AG | Form ID: VAN-30 | Total Served: 23 | |

The following entities were served by first class mail on Apr 20, 2002.

```
D        HUYNH, DUONG,   21915 WYANDOTTE ST #102,   CANOGA PARK, CA 91303
DA       MINH NGUYEN-DUY,   7344 VAN NUYS BLVD., # 10,   VAN NUYS, CA 91405
T       +AMY L GOLDMAN,   221 N FIGUEROA, SUITE 1200,   LOS ANGELES, CA 90012-2646
1        INTERNAL REVENUE SERVICE (HQ 5420),   P.O. BOX 99,   SAN JOSE, CA 95103-0099
2        TAX COLLECTOR'S OFFICE,   COUNTY OF VENTURA,   800 SOUTH VICTORIA AVE,   VENTURA, CA 93009-0001
3        UNITED STATES TRUSTEE,   21051 WARNER CENTER LANE, SUITE 115,   WOODLAND HILLS, CA 91367
4        LOS ANGELES CITY CLERK,   P. O. Box 53200,   LOS ANGELES, CA 90053-0200
5        FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX  2952,   SACRAMENTO, CA 95812-2952
6        EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
           SACRAMENTO, CA 94280-0001
8       +CHASE MASTERCARD,   PO BOX 52053,   PHOENIX, AZ 85072-2053
9       +CHASE VISA,   PO BOX 52064,   PHOENIX, AZ 85072-2064
10      +MACY'S PREMIER VISA,   PO BOX 1201,   ST CLOUD, MN 56396-1201
12      +MBNA AMERICA,   PO BOX 15027,   WILMINGTON, DE 19850-5027
13       ROBINSONS MAY,   PO BOX 52098,   PHOENIX, AZ 85072
14       BENEFICIAL,   PO BOX 60101,   CITY OF INDUSTR, CA 91716
15       DISCOVER,   PO BOX 30395,   SALT LAKE CITY, UT 84130
16       CITI BANK,   PO BOX 6414,   THE LAKES, NV 88901
17       PACIFIC COAST COLLECTIONS,   8665 GIBBS DR STE 204,   SAN DIEGO, CA 92123
18       HRS USA,   PO BOX 60148,   CITY OF INDUSTR, CA 91716
19      +HOUSEHOLD CREDIT SERVICE,   PO BOX 7036,   ANAHEIM, CA 92850-7036
20       BANK OF AMERICA,   P.O. BOX 30480,   LOS ANGELES, CA 90030
```

The following entities were served by electronic transmission on Apr 18, 2002 and receipt of the transmission was confirmed on:

```
7       +EDI: IRS.COM Apr 19 2002 03:38:00    INTERNAL REVENUE SERVICE,   INSOLVENCY I STOP 5022,
           300 N LOS ANGELES ST, ROOM 4062,   LOS ANGELES, CA 90012-3308
11      +EDI: TSYS2.COM Apr 19 2002 03:38:00   MACY'S,   PO BOX 4562,   CAROL STREAM, IL 60197-4562
                                                                                 TOTAL: 2
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

Date: Apr 20, 2002          Signature: _Joseph Speetjens_

000101